FILED

JAN - 6 2006

U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

AMY LEE VAUGHN,

    Plaintiff,

v.                                   Case No. 4:05-CV-00423-AGF

WELLS FARGO HOME MORTGAGE,
a division of WELLS FARGO BANK, N.A.

    Defendant.

## ORDER STAYING DISCOVERY

On joint motion of the parties, all further discovery in the matter is hereby stayed six (6) weeks, until February 16, 2006.

It is further ordered that paragraphs 2, 3 (b), 3(c) and 3 (f) of the Scheduling Plan set forth in the Case Management Order dated September, 2005 shall be amended to include the following new dates:

The last day for Plaintiff to amend pleadings shall be February 17, 2006 and the last day for Defendant to amend pleadings shall be March 17, 2006.

Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26 (a)2) Fed. R. Civ. P. no later than February 17, 2006 and shall make expert witnesses available for deposition, and have depositions completed no later than March 17, 2006. Plaintiff shall disclose rebuttal and shall provide the reports required by Rule 26 (a)(2), Fed.R.Civ.P., no later than May 23, 2006 and shall make rebuttal experts available for depositions completed, no later than June 6, 2006.

Defendant shall disclose all expert witnesses and shall provide the reported required by Rule 26 (a)(2), no later than April 11, 2006 and shall make expert witnesses available for depositions and have depositions completed no later than May 9, 2006.

The parties shall complete all discovery in this case no later than June 6, 2006.

ENTERED:

Audrey G. Fleissig
United States Magistrate Judge