UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMY LEE VAUGHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV00423 AGF |
| ) | |
| WELLS FARGO HOME MORTGAGE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Defendant Julius Brindley is granted an additional thirty days, up to and including August 17, 2006, to answer or otherwise respond to the second amended complaint.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 18th day of July, 2006.